1  Richard C. Gramlich, Esq. (SBN 014449)
   Wesley M. Cox, Esq. (SBN 034055)
2  **TB TIFFANY & BOSCO** P.A.
3  Seventh Floor Camelback Esplanade II
   2525 East Camelback Road
4  Phoenix, Arizona 85016
   Telephone: (602) 255-6000
5  Facsimile: (602) 255-0103
6  Email:   rcg@tblaw.com
            wmc@tblaw.com
7  *Attorneys for Plaintiffs Gary D. Carter
   and Kimberly Alexander*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **Gary D. Carter**, and **Kimberly Alexander**, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>**Treasure Island LV, LLC**, a Nevada Limited Liability Company; **John Doe Ramirez and Jane Doe Ramirez**, husband and wife, **John Does and Jane Does I-X; Black Companies, White Corporations I-X**,<br><br>Defendants. | Case No. 2:24-cv-01631-JAD-MDC<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(FIRST REQUEST)** |

### AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND

### DISCOVERY DEADLINES

### (FIRST REQUEST)

Defendant TREASURE ISLAND LV, LLC ("Defendant" or "Treasure Island"), by and through its counsel of record, MARK R. SMITH, ESQ., of the law firm RESNICK & LOUIS, P.C., and Plaintiffs GARY D. CARTER and KIMBERLY ALEXANDER ("Plaintiffs"), by and through their counsel of record, RICHARD C. GRAMLICH, ESQ.,

-1-

and WESLEY M. COX, ESQ., of the law firm TIFFANY & BOSCO, P.A. hereby stipulate to extend the time to complete discovery pursuant to LR 26-3, LR IA 6-1 as follows:

**A.    DISCOVERY COMPLETED**

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), a meeting was held on November 26, 2024, at 1:30 p.m. The meeting was attended by: Plaintiffs' counsel; WESLEY M. COX, ESQ., of the law firm TIFFANY & BOSCO, P.A., appearing on behalf of Plaintiffs GARY D. CARTER and KIMBERLY ALEXANDER ("Plaintiffs"); and Defendant's counsel, MARK R. SMITH, ESQ., of the law firm RESNICK & LOUIS,P.C., appearing on behalf of Defendant TREASURE ISLAND LV, LLC ("Defendant").

2. Defendant's Initial Disclosures were served on December 4, 2024.

3. Plaintiffs' Initial Disclosures were served on December 11, 2024.

4. Plaintiffs' First Set of Written Discovery (Non-Uniform Interrogatories, Requests for Production, and Requests for Admission) were served on Defendant on December 26, 2024.

5. Defendant's Responses to Plaintiffs' First Set of Written Discovery were served upon Plaintiffs on January 27, 2025.

6. Plaintiffs' Second Set of Written Discovery (Non-Uniform Interrogatories and Requests for Production) were served on Defendant on February 13, 2025.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Defendant's Responses to Plaintiffs' Second Set of Written Discovery (Non-Uniform Interrogatories and Requests for Production).

2. Both parties still have remaining Written Discovery (Interrogatories, Requests for Production and Requests for Admission) to serve on the opposing party.

3. Both parties still have to disclose the identity and opinions of Expert Witnesses.

4. All Depositions in this matter are still remaining.

1      5.    The Discovery Cut-Off Date has not yet passed.

2      6.    The Dispositive Motion deadline has not yet passed.

3      **C.    SHOWING OF GOOD CAUSE FOR THE EXTENSION OF**
4            **DISCOVERY DEADLINES UNDER LR 26-3.**

5 The Complaint in this matter was originally filed in the U.S. District Court, District
6 of Arizona [ECF 1].  Pursuant to a Motion filed by Defendant, this matter was transferred
7 to the U.S. District Court, District of Nevada [ECF 9].  After denying the Parties Joint
8 Discovery plan, the Court entered an Order adopting the Amended Scheduling Order,
9 which was the only scheduling order entered to date in this matter. [ECF 29].  As a result,
10 this is the <u>First</u> Stipulation for an Order to Extend Discovery Deadlines.

11 Since the scheduling order was by this Court, the parties have been diligently
12 working in this Matter; including disclosures and discovery that has already occurred.
13 [ECF 29].  There have been delays due to the fact that counsel for both Parties have been
14 working to obtain medical records that they have not been able to obtain to date; which are
15 important records to this matter and must be disclosed in discovery.  Furthermore, Counsel
16 for Defendant, MARK R. SMITH, ESQ., of the law firm RESNICK & LOUIS, P.C., has
17 been in trial for over three weeks throughout February of 2025.  As a result, counsel for
18 both Parties hereby stipulate to postpone all dates by sixty (60) days.

19 Under LR 26-3, all dates the Parties with to extend are more than 21 days before the
20 expiration of the subject deadlines.

21     **D.    CURRENT DISCOVERY DATES**

| EVENT | DATE |
|---|---|
| Discovery Cut-Off Date | Tuesday May 27, 2025 |
| FRCP 26(a)(2)Disclosures (Experts) | Wednesday, March 26, 2025 |
| Rebuttal Experts | Friday, April 25, 2025 |
| Dispositive Motions | Tuesday, June 24, 2025 |

| Joint Pretrial Order | Thursday, July 24, 2025 |

### E. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

| EVENT | PROPOSEDDATE |
|---|---|
| Discovery Cut-Off Date | Monday, July 28, 2025 (actual date is Saturday, July 26, 2025) |
| FRCP 26(a)(2)Disclosures (Experts) | Monday, May 26, 2025 (actual date is Sunday, May 25, 2025) |
| Rebuttal Experts | Tuesday, June 24, 2025 |
| Dispositive Motions | Monday, August 25, 2025 (actual date is Saturday, August 23, 2025) |
| Joint Pretrial Order | Monday, September 22, 2025 |

### F. CURRENT TRIAL DATE

The Court has not yet scheduled a calendar call or a trial date. Although the instant request will necessitate that the trial date be later than expected, the Parties are hopeful that this matter may be settled at the settlement conference and will not go to trial

### G. CONCLUSION

Pursuant to LR 26-3, LR IA 6-1, and for good cause showing, the Parties respectfully request that the Court enter this Stipulation and Order extending the discovery deadlines.

Dated this 4th day of March, 2025

**RESNICK & LOUIS, P.C.**

*/s/* Mark R. Smith
MARK R. SMITH, ESQ.
(SBN: 11872)
mrsmith@rlattorneys.com
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Treasure Island LV, LLC*

Dated this 4th day of March, 2025

**TIFFANY & BOSCO, P.A.**

*/s/* Richard C. Gramlich
RICHARD C. GRAMLICH, ESQ.
*Admitted Pro Hac Vice*
WESLEY M. COX, ESQ.
*Admitted Pro Hac Vice*
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
*Attorneys for Plaintiffs Gary D.*
*Carter and Kimberly Alexander*

# ORDER

**IT IS SO ORDERED** that discovery in the above-referenced matter is extended as follows. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

| EVENT | PROPOSEDDATE |
|---|---|
| Discovery Cut-Off Date | Monday, July 28, 2025 (actual date is Saturday, July 26, 2025) |
| FRCP 26(a)(2)Disclosures (Experts) | Monday, May 26, 2025 (actual date is Sunday, May 25, 2025) |
| Rebuttal Experts | Tuesday, June 24, 2025 |
| Dispositive Motions | Monday, August 25, 2025 (actual date is Saturday, August 23, 2025) |
| Joint Pretrial Order | Monday, September 22, 2025 |

**DATED**: 3-5-25

_____
**UNITED STATES MAGISTRATE JUDGE**

-5-